**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **TAMMY SABIA NICKERSON,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | No.   **1:11-cv-87-GZS** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 19) filed March 21, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's decision is **AFFIRMED**.


  _/s/ George Z. Singal_____ __
  United States District Judge

Dated this 13th day of April, 2012.